

Jessica E. Zimmerman
Associate
jzimmerman@lbcclaw.com

Writer's Direct Dial
(516) 837-7462

Attorneys at Law
L'Abbate, Balkan, Colavita & Contini, L.L.P.
1001 Franklin Avenue, Garden City, New York 11530
T. 516.294.8844  F. 516.294.8202
www.lbcclaw.com

October 7, 2011

<u>VIA ECF</u>

Honorable Judge Joanna Seybert
Honorable Judge A. Kathleen Tomlinson
Eastern District of New York
Alfonse M. D'Amato Federal Building
100 Federal Plaza
Central Islip, New York 11722

      Re:    *Chalif, Barbara v. Frenkel Lambert Weiss Weisman & Gordon, L.L.P.*
            Case No.   :   CV-11 1602
            Our File No. :   11 2750 96085

Dear Judges Seybert and Tomlinson:

      This office represents the defendant in the above-referenced Fair Debt Collection Practices Act matter.

      We write this letter to inform Your Honors that this matter has settled. We are in the process of preparing a settlement agreement and release, and expect to file a fully executed stipulation of voluntary dismissal with the Court in the near future.

      If you have any questions, please feel free to contact the undersigned.

                              Respectfully submitted,

                              L'ABBATE, BALKAN, COLAVITA
                              & CONTINI, L.L.P.

                              Jessica Zimmerman
                              Jessica E. Zimmerman

cc:     Lawrence Katz, Esq. (via ECF and U.S. Mail)