UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BARBARA CHALIF,                                          Case No. CV-11 1602

                Plaintiff,

                                                   **STIPULATION OF**
-against-                                                **VOLUNTARY DISMISSAL**

FRENKEL LAMBERT WEISS WEISMAN &
GORDON, L.L.P.

                Defendant.
-----------------------------------------------------------------X

        Plaintiff, Barbara Chalif, hereby voluntarily dismisses this action against defendant, Frenkel Lambert Weiss Weisman & Gordon L.L.P., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with prejudice and without costs, disbursements, or attorney's fees to either party as against the other.

        An executed faxed copy of this Stipulation shall be deemed the same as a signed original.

        This, the 11th day of ~~October~~ November, 2011.

| | |
|---|---|
| Lawrence Katz, Esq. | Matthew J. Bizzaro, Esq. (MB-7889) |
| Attorney for Plaintiff | L'Abbate, Balkan, Colavita & Contini, L.L.P. |
| 445 Central Avenue, Ste 206 | Attorneys for Defendant |
| Cedarhurst, NY 11516 | 1001 Franklin Avenue |
| (516) 374-2118 | Garden City, NY 11530 |
| | (516) 294-8844 |
| | File No. 11 2750 96085 |